UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR513 RWS |
| ) | |
| LATOYA HARDY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before me on defendant Latoya Hardy's motions to suppress evidence and to compel discovery.

Pursuant to 28 U.S.C. § 636(b), these motions were referred to United States Magistrate Judge David D. Noce. The government filed responses in opposition to the motions of the defendant. Judge Noce held evidentiary hearings on January 22 and February 10, 2009. Thereafter he filed his Report and Recommendation regarding the defendant's motions on March 9, 2009. On March 23, 2009, Ms. Hardy filed her objections to the Report and Recommendation. The government filed a reply on March 30, 2009.

I have conducted a *de novo* review of the proceedings.

After carefully considering the motion and the Report and Recommendations, I will adopt and sustain the thorough reasoning of Judge Noce

set forth in his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce [#34] dated March 9, 2009, is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Latoya Hardy's Motion to Suppress Evidence [#19] is granted in part and denied in part. The Motion To Suppress the May 15, 2005 statement is granted. The Motion To Suppress the July 12, 2006 statement is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2009.